249 U. S.   Cases Disposed of Without Consideration by the Court.

Northern District of California. March 31, 1919. Docketed and dismissed, on motion of *The Solicitor General* for the United States. No one opposing.

---

No. 271. CORN PRODUCTS REFINING COMPANY ET AL. *v.* UNITED STATES. Appeal from the District Court of the United States for the Southern District of New York. March 31, 1919. Dismissed, on motion of counsel for appellants. *Mr. Charles E. Hughes, Mr. Morgan J. O'Brien, Mr. Preston Davie, Mr. James N. Sheean, Mr. Junius Parker* and *Mr. Frank N. Hall* for appellants. *The Attorney General* for the United States.

---

No. 387. STATE OF WISCONSIN EX REL. SALLIE F. MOON COMPANY *v.* WISCONSIN TAX COMMISSION. Error to the Supreme Court of the State of Wisconsin. March 31, 1919. Dismissed, on motion of counsel for plaintiff in error. *Mr. C. T. Bundy* for plaintiff in error. No appearance for defendant in error.

---

No. 252. SEATTLE ELECTRIC COMPANY ET AL. *v.* CITY OF SEATTLE ET AL. Error to the District Court of the United States for the Western District of Washington. April 14, 1919. Dismissed with costs, on motion of counsel for appellants. *Mr. James B. Howe* for appellants. *Mr. Hugh M. Caldwell* for appellees.

---

No. 297. MINERVA B. CRUZAN, ADMINISTRATRIX, ETC., *v.* NEW YORK CENTRAL & HUDSON RIVER RAILROAD

COMPANY.   Error to the Superior Court of the State of Massachusetts.   April 14, 1919.   Dismissed, per stipulation.   *Mr. H. La Rue Brown, Mr. James J. McCarthy* and *Mr. Thomas C. O'Brien* for plaintiff in error.   *Mr. Lowell A. Mayberry* for defendant in error.

---

No. 302.   SANBORN-CUTTING COMPANY *v.* V. A. PAINE, AS TRUSTEE, ETC.   Appeal from the Circuit Court of Appeals for the Ninth Circuit.   April 14, 1919.   Dismissed with costs, on motion of counsel for appellant.   *Mr. George C. Fulton* for appellant.   *Mr. Harvey M. Friend* and *Mr. R. E. Robertson* for appellee.

---

No. 307.   ALAMEDA MINING COMPANY *v.* SUCCESS MINING COMPANY.   Error to the Supreme Court of the State of Idaho.   April 14, 1919.   Dismissed with costs, per stipulation.   *Mr. John P. Gray* for plaintiff in error.   *Mr. James F. Ailshie* for defendant in error.

---

No. 314.   GREAT NORTHERN RAILWAY COMPANY ET AL. *v.* MINNEAPOLIS CIVIC & COMMERCE ASSOCIATION ET AL.   Error to the Supreme Court of the State of Minnesota.   April 14, 1919.   Dismissed with costs, per stipulation.   *Mr. E. C. Lindley* for plaintiffs in error.   *Mr. Frank J. Morley* for defendants in error.

---

No. 982.   GEORGE J. WAGONER ET AL. *v.* CITY OF LAGRANDE, OREGON, ET AL.   Error to the Supreme Court